AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES
V.
JOSE ARTILES

APPEARANCE

CASE NUMBER: CR00-34L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jose Artiles

I certify that I am admitted to practice in this court.

1/20/06
*Date*

[signature]
*Signature*

Scott A. Lutes 3502
*Print Name* *Bar Number*

127 Dorrance St
*Address*

Providence RI 02903
*City* *State* *Zip Code*

861-1142 490-3207
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.