IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 00-034L |
| | ) | Supervised Release Violation |
| JOSE ARTILLES | ) | Magistrate Judge David L. Martin |

MOTION TO AMEND SUPERVISED RELEASE VIOLATION REPORT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, First Assistant U. S. Attorney, and hereby moves to amend the Supervised Release Violation Report.

For grounds, the government states that there is a typographical error on page 4 of the report. The report describes the July 2005 controlled substance offense as both a Grade A and a Grade B violation. The correct classification of the July 2005 controlled substance offense is Grade B. The Grade A classification language should be amended to Grade B.

WHEREFORE, the government requests that the instant motion be granted.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden
First Assistant U.S. Attorney

CERTIFICATION

I hereby certify that on the 25th day of January, 2006, I sent a true copy of the Within Motion , by ordinary mail and postage prepaid, to:

Scott A. Lutes, Esq.
Law Offices
127 Dorrance Street, 2nd Floor
Providence, RI 02903