AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

RECEIVED
JAN 23 2006
US MARSHALS
RHODE ISLAND

UNITED STATES OF AMERICA

v.

JOSE ARTILES

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 00-34L

(Name and Address of Defendant)

JOSE ARTILES

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| --- | --- |
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>January 27, 2006 at 2:00 P.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☒ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 353(d)

Brief description of offense:

Probation Violation

[signature]

Signature of Issuing Officer

January 23, 2006

Date

Martha Saucier Deputy Clerk

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.