AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

RHODE ISLAND

## APPEARANCE

Case Number: CR 00-34-01L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Artiles

I certify that I am admitted to practice in this court.

9-4-08
Date

[signature]
Signature

Scott A. Lutes #3502
Print Name Bar Number

ONE TURKS HEAD PLACE, SUITE 1440
Address

PROVIDENCE, RI 02903
City State Zip Code

861-1142 861-1141
Phone Number Fax Number